# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL WASHINGTON**, | Case No. 3:26-cv-32-YY |
| Plaintiff, | **ORDER** |
| v. | |
| **NICK CLARK, CHAREDA FULLER, GETS IT LLC, BLACK POWER, YETI, CO ASHLEY, SWAN WILLIAMS, CHARGES FULLIER, JACKIE CHARGES, TINA KOTEK, TED WHEELER, CITY OF PORTLAND, PORTLAND BUREAU OF TRANSPORTATION, PORTLAND POLICE BUREAU**, and **PORTLAND FIRE DEPARTMENT**, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case on February 9, 2026. Judge You recommended that this Court dismiss Plaintiff Washington's complaint, ECF 1, because he failed to state a valid claim for relief. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C.

PAGE 1 – ORDER

§ 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews Judge You's Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge You's Findings and Recommendation, ECF 9. The complaint, ECF 1, is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED this 2nd day of March, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge